ATLANTIC CITY GAS AND WATER COMPANY

*v.*

CONSUMERS GAS AND FUEL COMPANY et al.

[Submitted January 15th, 1907.   Decided January 23d, 1907.]

On bill for injunction.

*Mr. Clarence L. Cole* and *Mr. Robert H. McCarter,* attorney-general, for the complainant.

*Mr. John C. Reed, Mr. George A. Bourgeois* and *Mr. Charles L. Corbin,* for the defendants.

LEAMING, V. C.

By stipulation, filed January 15th, 1907, this cause has been submitted, on final hearing, upon the testimony taken before Vice-Chancellor Bergen on the motion for a preliminary injunction.

I concur in the views expressed by the learned vice-chancellor in his opinion filed September 9th, 1905, and reported in *70 N. J. Eq. (4 Robb.) 536,* and will advise a final decree dismissing the bill of complaint.